FILED
2021 Apr-29  PM 03:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **GABRIEL BYRDSONG, et. al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:21-CV-00607-CLM |
| | ) |
| **A&E TELEVISION NETWORKS, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### CORRECTED DEFENDANT KEITH PEEK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COMES NOW Defendant Keith Peek and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss the claims against him. In support of his Motion, and as further set out in his Memorandum Brief filed contemporaneously herewith, Defendant Peek asserts the following:

1. Deputy Peek enjoys absolute state sovereign immunity from Plaintiffs' state law claims and, therefore, they are due to be dismissed.

2. Plaintiffs' claims contained in Count One for defamation are due to be dismissed because Plaintiffs have failed to plausibly plead the claims against Deputy Peek.

3.    Plaintiffs' claims contained in Count Two for unjust enrichment are due to be dismissed because Plaintiffs have failed to plausibly plead the claims against Deputy Peek.

Respectfully submitted this 29th day of April, 2021.

           **s/Joshua A. Willis**
           JOSHUA A. WILLIS (ASB-4928-M10T)
           Attorney for Keith Peek
           WEBB MCNEILL WALKER PC
           7475 Halcyon Pointe Drive (36117)
           Post Office Box 240909
           Montgomery, Alabama 36124
           (334) 262-1850 – T
           (334) 262-1772 – F
           jwillis@wmwfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of April 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ashley Weaver
Jeremy Richards
Trenton Rogers Garmon
Garmon & Associates, PLLC
2024 Third Avenue North, Ste. 210
Birmingham, AL 35203
(855) 998-7368 – T
(855) 998-3329 – F

John G. Thompson, Jr.
Matthew J. Winne
Jonathan R. Little
Lightfoot Franklin & White LLC
400 20th Street North

Birmingham, AL 35203
(205) 581-0700 – T
(205) 581-0799 – F

                                         **s/Joshua A. Willis**
                                         OF COUNSEL